FILED

DEC 04 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JIMMY NATHAN MOODY, | No. 09-56914 |
| Petitioner - Appellant, | D.C. No. 2:08-cv-04530-ODW-RC Central District of California, Los Angeles |
| v. | |
| DEBRA DEXTER, Warden and CALIFORNIA DEPT. OF CORRECTIONS, Ironwood State Prison, | ORDER AMENDING MEMORANDUM DISPOSITION AND DENYING PETITION FOR PANEL REHEARING |
| Respondents - Appellees. | |

Before: PREGERSON, WARDLAW, and TALLMAN, Circuit Judges.

The memorandum disposition filed on November 1, 2013, is hereby amended as follows: Page 2, at lines 15–16: delete "which contains neither a response from the custodian nor a transcript of an evidentiary hearing."

With this amendment, the panel has unanimously voted to deny the Petition for Panel Rehearing. The Petition for Rehearing filed on November 15, 2013 is DENIED. No further petitions shall be entertained.